UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HECTOR LINAREZ-DELGADO, | : | |
| Defendant-Petitioner, | : | **ORDER** |
| v. | : | Criminal No. 03-0130 (WHW) |
| UNITED STATES OF AMERICA, | : | |
| Plaintiff-Respondent. | : | |

**Walls, Senior District Judge**

  This matter having been brought before the Court by Defendant-Petitioner, Hector Linarez-Delgado, on motion to appoint counsel to represent Petitioner pursuant to 28 U.S.C. § 1915; the Court having reviewed Petitioner's submission; and good cause appearing therefor:

  It is on this 14th day of April, 2008,

  ORDERED that Petitioner's motion for appointment of CJA counsel be and is hereby GRANTED.

s/William H. Walls<br>
United States Senior District Judge