UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No. 03-130 (WHW) |
| v. | : | |
| HECTOR LINAREZ-DELGADO,<br>  a/k/a "Hector Linares,"<br>  a/k/a "Sebastian LNU,"<br>  a/k/a "Donato A. Osorio." | :<br><br>: | <u>ORDER</u> |

A motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. 2255, having been filed nunc pro tunc March 6, 2009 in the above matter;

IT IS on this 28th day of JULY, 2009

O R D E R E D that the respondent(s) United States of America and the Attorney General of the United States file an answer within 45 days of today's date, accompanied by a certified copy of all briefs, appendices, opinions, process, pleadings, transcripts and orders filed in the proceedings under attack, or such of them as may be material to the questions raised in the motion.

<u>S/William H. Walls</u>
United States Senior District Judge